UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES C. JERNIGAN | * | CIVIL ACTION NO. 07-7125 |
| VERSUS | * | SECTION: "M" |
| FLORIDA MARINE TRANSPORTERS, INC. | * | MAGISTRATE "4" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion and Incorporated Memorandum to Continue Hearing on Motion in Limine:

IT IS HEREBY ORDERED that the hearing on Defendant Florida Marine Transporters, Inc.'s *Motion in Limine to Exclude Evidence Regarding the Application of the Pennsylvania Rule or a Presumption of Negligence Per Se Based on Violation of Coast Guard Regulations* which is currently set hearing at 9:30 a.m. on May 28th, 2008 be continued until the morning of trial, currently set for 9:00 a.m. June 9th, 2008.

New Orleans, Louisiana, this 27th day of May, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE